UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:20-cv-2475-VAP (MAR)                                       Date:  October 28, 2021

Title:   *Linda Gayle Page v. Kilolo Kijakazi*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND**

On November 25, 2020, Linda Gayle Page ("Plaintiff"), proceeding with counsel, filed a Complaint pursuant to 42 U.S.C. § 405 ("section 405") seeking review of a decision by the Commissioner of Social Security to deny benefits.  ECF Docket No. ("Dkt.") 1.  On December 1, 2020, the Court issued an Order regarding the procedures to be followed in this case ("Procedures Order").  Dkt. 9.  The Procedures Order stated that "within thirty (30) days of the filing of plaintiff's motion for summary judgment or remand, defendant shall file a motion for summary judgment or remand.  Id. at 3.

On September 17, 2021, Plaintiff filed a Motion for Summary Judgment.  Dkt. 20.  Accordingly, pursuant to the Procedures Order, Defendant's Motion for Summary Judgment or Remand was due by October 18, 2021.  See Dkt. 9 at 3.  To date, Defendant has not filed a Motion.

Accordingly, Defendant is ordered to show cause in writing **within fourteen (14) days** of this Order why they have failed to respond.  The Court will consider any of the following two (2) options to be an appropriate response to this Order:

(1) Defendant shall file a Motion as described in the Procedures Order, Dkt. 9; or
(2) Defendant shall provide the Court with an explanation as to why they have failed to file the Motion and request an extension.

**Defendant is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a).**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |