JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. P.,[1] | Case No. 5:20-cv-02475-VAP-MAR |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Report and Recommendation.

DATED: May 31, 2022

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.